**Motion Granted; Appeal Dismissed and Memorandum Opinion filed February 4, 2020.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-19-00954-CV

---

## TEXAS CONSTRUCTION SPECIALISTS, L.L.C. AND MARK YOUNG, Appellants

## V.

## NAEGELI TRANSPORTATION, INC., Appellee

---

**On Appeal from County Civil Court at Law No. 2
Harris County, Texas
Trial Court Cause No. 1126375**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed August 26, 2019. On January 21, 2020, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Zimmerer, Spain, and Hassan.